UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| IN RE VEON SECURITIES LITIGATION | 15-CV-08672 (ALC) <br><br> **ORDER** |
|---|---|

**ANDREW L. CARTER, JR., United States District Judge:**

Due to a change in the Court's calendar, the pre-motion conference scheduled for May 8, 2023 at 2:00 P.M. is rescheduled to **May 8, 2023** at **10:00 A.M.** The parties shall contact the Court at **1-888-363-4749** (access code: **3768660**).

**SO ORDERED.**

Dated:  May 3, 2023
        New York, New York

_____
ANDREW L. CARTER, JR.
United States District Judge