**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**IN RE VEON SECURITIES LITIGATION**

15-CV-08672 (ALC)

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

  The Court is in receipt of Plaintiff's motion for discovery at ECF No. 236 addressed to Judge Wang. Because of the overlap between the relief sought in Plaintiff's letter and Defendant's proposed motion to dismiss the Third Amended Complaint, the Court will address this issue at the upcoming pre-motion conference on May 8. Defendant is directed to file a response to Plaintiff's letter by Friday, **May 5 at 5:00 P.M.**

**Dated: May 4, 2023**
   New York, New York

              **ANDREW L. CARTER, JR.**
              **United States District Judge**