UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE VEON SECURITIES LITIGATION | 15-CV-08672 (ALC)<br><br>**ORDER** |

**ANDREW L. CARTER, JR., United States District Judge:**

As discussed at the **May 8, 2023** conference, Defendant is granted leave to file a motion to dismiss. Defendant's motion is due **May 12, 2023**. Plaintiff's response is due **May 19, 2023**. Any reply is due **May 24, 2023**.

Additionally, for the reasons stated at the conference, Plaintiff's motion for discovery at ECF No. 236 is **DENIED**. The automatic stay of discovery pursuant to the PSLRA (15 U.S.C. § 78u4(b)(3)(B)) shall remain in effect until after the Court decides Defendant's upcoming motion to dismiss.

Dated: May 10, 2023
      New York, New York

                                    **ANDREW L. CARTER, JR.**
                                    **United States District Judge**