# MEMO ENDORSED.

December 5, 2025

**<u>By ECF</u>**

Honorable Ona T. Wang
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re:    *In re VEON Ltd. Sec. Litig.*, 15-cv-8672-ALC-OTW

Dear Judge Wang:

Further to the Conference held before Your Honor on December 4, 2025, and in an abundance of caution, the Parties respectfully request that the Court stay the current December 19, 2025 deadline for the filing of a motion for class certification.

We thank the Court for its attention to this matter.

Respectfully submitted,

<u>/s/ Jonathan Horne</u>
Counsel for Plaintiffs

<u>/s/ Kerri Ann Law</u>
Counsel for Defendant

Application GRANTED.

So Ordered:    December 8, 2025

_____

1

KL3 3773473.1