USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 1/22/26

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------
-
                                 x

**IN RE VEON LTD. SECURITIES**
**LITIGATION**

--------------------------------------------------------   x
-

                                   **1:15-cv-08672-ALC**

                                   **ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

As noted in today's order granting preliminary approval of the class action settlement in this matter, the Court ORDERS a telephone conference for the settlement hearing in this action on **May 19, 2026 at 2:00 pm.** The Parties should contact the Court at 1-855- 244-8681 (access code: 2305 3700 226#) on the date and time specified above.

**SO ORDERED.**

**Dated:  January 22, 2026**

      **New York, New York**
                                           **ANDREW L. CARTER, JR.**
                                           **United States District Judge**