UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------
-                                            x

IN RE VEON LTD. SECURITIES    :          **1:15-cv-08672-ALC**
LITIGATION                           :

                                             **ORDER**
                                        :
----------------------------------------------------- x
-

**ANDREW L. CARTER, JR., United States District Judge:**

As discussed at today's fairness hearing, the Parties are ordered to submit a joint status

report by **August 17, 2026** updating the Court on the status of the filing of a motion for

distribution of funds.

**SO ORDERED.**

**Dated:  May 19, 2026**

    **New York, New York**                          **ANDREW L. CARTER, JR.**
                                                    **United States District Judge**