**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re VEON Ltd. Securities Litigation | Case No.: 1:15-cv-08672-ALC-OTW |

## ORDER AWARDING ATTORNEYS' FEES, REIMBURSEMENT OF LITIGATION EXPENSES, AND AWARD TO LEAD PLAINTIFF

**WHEREAS:**

Notice of Lead Counsel's motion for an award of attorneys' fees and payment of Litigation Expenses was given to all Settlement Class Members who could be identified with reasonable effort. The form and method of notifying the Settlement Class of the motion for an award of attorneys' fees and payment of Litigation Expenses satisfied the notice requirements of Rule 23 of the Federal Rules of Civil Procedure, the United States Constitution (including the Due Process Clause), and Section 21D(a)(7) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(7), as amended by the Private Securities Litigation Reform Act of 1995; constituted the best notice practicable under the circumstances; and constituted due, adequate, and sufficient notice to all Persons entitled thereto;

There were no objections to the application for attorneys' fees or expenses;

In making this award of attorneys' fees and payment of Litigation Expenses to be paid from the Settlement Fund, the Court has found that:

(a)    The Settlement has created a common fund of $19,970,000 in cash and that numerous Settlement Class Members who submit acceptable Claim Forms will benefit from the Settlement created by the efforts of Plaintiffs' Counsel;

(b)    Plaintiffs' Counsel undertook the Action on a contingent basis, and have received no compensation during the Action, and any fee and expense award has been contingent on the result achieved;

(c)    The Action involves complex factual and legal issues and, in the absence of settlement, would involve lengthy proceedings whose resolution would be uncertain;

(d)    Plaintiffs' Counsel litigated the Action and achieved the Settlement with skillful and diligent advocacy;

(e)    Plaintiffs' Counsel have devoted 5,408.91 hours, with a lodestar value of $4,335,151.31, to achieve the Settlement;

(f)    The amount of attorneys' fees awarded and Litigation Expenses to be paid from the Settlement Fund are fair and reasonable and consistent with awards made within this District; and

(g)    Public policy favors the award of attorneys' fees and expenses in securities class action litigation;

The Court's approval of the Fee and Expense Application is a matter separate and distinct from approval of the Settlement and shall in no way disturb or affect the finality of the Judgment with respect to the Settlement; and

The Parties are to bear their own costs, except as otherwise provided herein or in the Stipulation.

**NOW, THEREFORE,** it is hereby ordered:

1.    Lead Counsel are hereby awarded, on behalf of all Plaintiffs' Counsel, attorneys' fees in the amount of $6,656,666.67, plus interest at the same rate earned by the Settlement Fund, and $130,000 in payment of Litigation Expenses, plus accrued interest, which sums the Court

finds to be fair and reasonable. The award of attorneys' fees and Litigation Expenses may be paid to Plaintiffs' Counsel from the Settlement Fund immediately upon entry of this Judgment, subject to the terms, conditions, and obligations of the Stipulation, which terms, conditions, and obligations are incorporated herein.

2.  Lead Plaintiff Boris Lvov is hereby awarded $10,000, plus interest, from the Settlement Fund as reimbursement for his reasonable costs and expenses directly related to his representation of the Settlement Class, pursuant to § 21D(a)(4) of the PSLRA, 15 U.S.C. § 78u-4(a)(4).

**SO ORDERED**

DATED this 19th day of May, 2026

The Clerk of Court is respectfully directed to terminate the pending motion at ECF No. 295.

_____
HONORABLE ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

3